UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEVON BELL,

        Petitioner,

vs.                              Case No. 2:03-cv-615-FtM-29DNF
                                      Case No. 2:91-cr-56-FTM-29DNF

UNITED STATES OF AMERICA,

        Respondent.
_____/

**OPINION AND ORDER**

     This matter comes before the Court on petitioner's Motion Pursuant to Title 2253 C.O.A. (Doc. #17), filed on April 18, 2005. Petitioner filed a Notice of Appeal (Doc. #16) on April 18, 2005, from the February 28, 2005, Order (Doc. #15) denying a motion for reconsideration. It would appear that the Notice of Appeal was untimely. Fed. R. App. P. 4(a)(1)(A).

     Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473,

484 (2000); <u>Peoples v. Haley</u>, 227 F.3d 1342 (11th Cir. 2000). When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  <u>Slack</u>, 529 U.S. at 484; <u>Franklin v. Hightower</u>, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), <u>cert. denied</u>, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  <u>Miller-El v. Cockrell</u>, 537 U.S. at 336.

Petitioner's § 2255 arguments were considered on the merits, and the Court finds that petitioner has failed to show that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  As a result, the Court finds that a certificate should not issue.

Accordingly, it is now

**ORDERED**:

Petitioner's Motion Pursuant to Title 2253 C.O.A. (Doc. #17) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of April, 2005.

Copies:
USCA
Parties of Record

JOHN E. STEELE
United States District Judge